## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Dezmyn Sayers, | Case No. 24-cv-1799 (PJS/DLM) |
| Petitioner, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| Redlake Band of Chippewa and Redlake Nation Courts, | |
| Respondents. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendations (Doc. 3) is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 19, 2024

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
Chief Judge United States District Court